```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JANE DOE,                                                      :
                                                               :
                        Plaintiff,                             :
                                                               :          25-cv-2107 (LJL)
        -v-                                                    :
                                                               :              ORDER
OREN ALEXANDER,                                                :
                                                               :
                        Defendant.                             :
                                                               X
-----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2025

LEWIS J. LIMAN, United States District Judge:

Plaintiff's complaint was filed in New York State Court under a pseudonym.  Dkt. No. 1-1.  On March 13, 2025, Defendant removed the case to this Court.  Dkt. No. 1.

In order to proceed anonymously in this Court, Plaintiff must make a motion to do so. *See* Fed. R. Civ. P. 10; *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188–89 (2d Cir. 2008).  Therefore, Plaintiff is ordered to show cause by April 7, 2025, why Plaintiff should be permitted to proceed anonymously.  In the absence of a timely filed motion, the Court shall order the name of the Plaintiff be disclosed.

SO ORDERED.

Dated: March 17, 2025
       New York, New York                           _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge