# The Law Offices of Jason Goldman

275 Madison Avenue, 35th Floor
New York, New York 10016
www.jasongoldmanlaw.com

Jason Goldman, Esq.  
Principal Attorney  
Admitted in NY & NJ  

p. 212.466.6617  
f. 212.931.6328  
e. jg@jasongoldmanlaw.com  

July 18, 2025

*Via ECF*:
Honorable Lewis J. Liman

> This case is STAYED on consent of the parties until September 15, 2025. The parties shall file a letter with the Court by that date advising whether the stay should be continued.
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> Date: 7/21/25

Re: *Romero v. Alexander*, 25-cv-2107

Dear Judge Liman:

    I represent Oren Alexander in the above-captioned matter and file this letter jointly with opposing counsel Antigone Curis, who represents Tisha. Romero. We write in accordance with this Court's Order issues on May 23, 2025.

    The parties jointly propose that discovery be stayed pending the appeals before the Second Circuit that raise issues substantially similar to the legal issues presented on this matter. *See Parker v. Alexander*, No. 24 Civ 4813, 2025 WL 268436 (S.D.N.Y.), appeal docketed No. 25-487 (2d Cir. Feb. 28, 2025); *Doe v. Black*, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024), appeal docketed No. 25-564 (2d Cir. Mar. 11, 2025). We propose that discovery be stayed until at least September 15, 2025 given that the Circuit's decision on the issues of law in *Parker* and *Doe* may become binding on this Court. Moreover, while the legal elements of Plaintiff's claims for sexual battery and GMVA differ, the two claims are inextricably interwoven from a factual standpoint and the parties posit that it would be most efficient to litigate these claims together following the outcome of the appellate matters.

Respectfully,

/s/ Jason Goldman
Jason Goldman, Esq.