# CURIS LAW, PLLC
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

September 14, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Romero v. Alexander*, 25-cv-2107

Dear Judge Liman:

    The parties in this matter write jointly to provide a status update in accordance with the Court's order staying this case pending resolution of the tandem appeals in *Parker v. Alexander et al.*, No. 25-487 (2d Cir.) and *Doe v. Black*, No. 25-564 (2d Cir.).

    The *Parker* and *Black* appeals remain undecided. The *Parker* appeal was fully briefed as of June 11, 2025. In *Black*, the appellant's brief was filed on June 17, 2025; the appellee's opposition brief deadline is September 16, 2025.

    The parties respectfully submit that it is appropriate for the Court's stay to remain in effect until these appeals are decided.

The stay shall remain in place. The Parties are to inform the Court by letter filed no later than January 5, 2026, whether the stay can be lifted.
Date: September 15, 2025

Respectfully submitted,

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge