# CURIS LAW, PLLC

52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

April 27, 2026

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

> Re:    *Romero v. Alexander, 25-cv-2107*

Dear Judge Liman:

The parties in this matter write jointly to provide a status update in accordance with the Court's order staying this case pending resolution of the tandem appeals in *Parker v. Alexander et al.*, No. 25-487 (2d Cir.) and *Doe v. Black*, No. 25-564 (2d Cir.).

The *Parker* and *Black* appeals remain undecided. As such, the parties respectfully submit that it is appropriate for the Court's stay to remain in effect until these appeals are decided.

Respectfully submitted,

*/s/ Antigone Curis*
Antigone Curis
CURIS LAW, PLLC
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com
*Counsel for Plaintiff*